UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK
--------------------------------------------------------------------------------

ERIC LEWIS

                                                  Petitioner,

    -v.-

                                            Civil Action No.
                                       9:02-cv-1601 (GLS/RFT)

UNITED STATES PAROLE COMMISSION
and MICHAEL K. NALLEY, Warden FCI
Ray Brook

                                             Respondents.
--------------------------------------------------------------------------------

APPEARANCES:                                OF COUNSEL:

**FOR THE PETITIONER:**

ERIC LEWIS
Plaintiff Pro Se
11837-083
FCI - Medium
P.O. Box 90043
Petersburg, VA 23804

**FOR THE RESPONDENTS:**

HON. GLENN T. SUDDABY         CHARLES E. ROBERTS, ESQ.
United States Attorney for the      Assistant United States Attorney
Northern District of New York
P.O. Box 7198
100 South Clinton Street
Syracuse, NY 13261-7198


GARY L. SHARPE,
U.S. DISTRICT JUDGE

**ORDER**

The above-captioned matter comes to this court following a Report-Recommendation by Magistrate Judge Randolph F. Treece, duly filed March 1, 2007. Following ten days from the service thereof, the Clerk has sent the file, including any and all objections filed by the parties herein.

No objections having been filed, and the court having reviewed the Magistrate Judge's Report-Recommendation for clear error, it is hereby

ORDERED, that the Report-Recommendation of Magistrate Judge Randolph F. Treece filed March 1, 2007 is ACCEPTED in its entirety for the reasons state therein, and it is further

ORDERED, that the Petition for a Writ of Habeas Corpus (Dkt. No. 1) is DENIED, and it is further

ORDERED, that the Clerk of the Court is to enter judgment in favor of Respondents and close this case.

IT IS SO ORDERED

Dated:     March 27, 2007
           Albany, New York

                                        *Gary L. Sharpe*
                                        Gary L. Sharpe
                                        U.S. District Judge